```
                                    FILED
                                    08 JUL 28 PM 1:07
                                    RICHARD W. WIEKING
                                    CLERK, U.S. DISTRICT COURT
                                    NORTHERN DISTRICT OF CALIFORNIA
```

E-filing

JSW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ERIC LOCKHART                            )   CV 08    2935
                                         )
            Plaintiff,                   )   CASE NO. _____
                                         )
    vs.                                  )   PRISONER'S
                                         )   APPLICATION TO PROCEED
                                         )   IN FORMA PAUPERIS
                          Defendant.     )
TONY HEDGPETH (WARDEN)                   )

(PR)

I, __ERIC LOCKHART__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ___ No _x_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)

                                    N/A
_____
_____
_____

2.  Have you received, within the past twelve (12) months, any money from any of the following sources:

    a.  Business, Profession or self employment      Yes ____ No  X

    b.  Income from stocks, bonds, or royalties?      Yes ____ No  X

    c.  Rent payments?      Yes ____ No  X

    d.  Pensions, annuities, or life insurance payments?      Yes ____ No  X

    e.  Federal or State welfare payments, Social Security or other government source?  NO      Yes ____ No  X

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____
_____

3.  Are you married?      Yes ____ No  X

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.  a.  List amount you contribute to your spouse's support:$ _____

1      b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5. Do you own or are you buying a home?   Yes ____ No _X_

Estimated Market Value: $___∅___ Amount of Mortgage: $___∅___

6. Do you own an automobile?   Yes ____ No _X_

Make _____ Year _____ Model _____

Is it financed? Yes ____ No ____ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ____ No _X_ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ____ No _X_ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No _X_

_____

8. What are your monthly expenses?

Rent: $ ___∅___ Utilities: ___∅___

Food: $ ___∅___ Clothing: ___∅___

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| N/A | $ N/A | $ N/A |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?  Yes ___  No  X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.         N/A

_____

_____

    I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

    I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

7/15/2008                              *[signature]*

DATE                                   SIGNATURE OF APPLICANT

Case Number: CV 08 2935 JSW(PR)

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Lockhart Eric V11246_ for the last six months
[prisoner name]
_Kern Valley State Prison_ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _10.15_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _1.03_ .

Dated: _7/17/08_                    _T. Scruggs, Acct Tech_
                                    [Authorized officer of the institution]

```
REPORT ID: TS3030  .701                                    REPORT DATE: 07/16/08
                                                           PAGE NO:         1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         KERN VALLEY STATE PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 16, 2008

ACCOUNT NUMBER : V17246              BED/CELL NUMBER: FBB300000000104U
ACCOUNT NAME   : LOCKHART, ERIC      ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY
      TRAN
DATE  CODE  DESCRIPTION    COMMENT    CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
----- ----  -------------- ---------- ---------- ---------- ------------ ---------

01/01/2008  BEGINNING BALANCE                                              0.00

01/07*VD54  INMATE PAYROL  1019DEC193             11.45                   11.45
01/15 W536  COPAY CHARGE   1089/DDS                            5.00        6.45
01/30 W509  LIBRARY DUE T  1181/LIBRA                          0.25        6.20*
03/06*VD54  INMATE PAYROL  1399/FEB76              6.53                   12.73
03/06*VD54  INMATE PAYROL  1399/FEB78              3.16                   15.89
03/06*VD54  INMATE PAYROL  1403JAN252              6.53                   22.42
03/11 FC02  DRAW-FAC 2     1429/FB2D                           20.00       2.42
03/27 W536  COPAY CHARGE   1550/DDS                             2.42       0.00*
04/04*VD54  INMATE PAYROL  1577MAR177              8.15                    8.15
04/09 FC02  DRAW-FAC 2     1609/FB2D                            8.15       0.00*
05/06*VD54  INMATE PAYROL  1786APR90               9.04                    9.04
05/12 W512  LEGAL POSTAGE  1813/LPOST                           5.70       3.34
05/13 FC02  DRAW-FAC 2     1836/FB2D                            3.34       0.00*
06/05*VD54  INMATE PAYROL  1967/MAY99              8.83                    8.83
06/09 FC02  DRAW-FAC 2     1984/FBALL                           8.83       0.00*
07/08*VD54  INMATE PAYROL  0036JUN174              7.23                    7.23
07/10 W516  LEGAL COPY CH  0053/LCOPY                           0.40       6.83
07/10 W509  LIBRARY DUE T  0053/LIBRA                           0.75       6.08
07/15 FC02  DRAW-FAC 2     0077/FB2D                            6.08       0.00*

                        * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 12/12/03                    CASE NUMBER: *139400
COUNTY CODE: *ALA                           FINE AMOUNT: $   4,978.00

   DATE      TRANS.    DESCRIPTION                 TRANS. AMT.    BALANCE
---------    ------    ---------------------       -----------    ---------

01/01/2008   BEGINNING BALANCE                                    4,656.36

01/07/08     VR54      RESTITUTION DEDUCTION-SUPPORT    12.72-    4,643.64
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
BY _____
TRUST OFFICE

```
D: TS3030  .701                                    REPORT DATE: 07/16/08
                                                   PAGE NO:         2

                        KERN VALLEY STATE PRISON
                       INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 16, 2008

ACCT: V17246      ACCT NAME: LOCKHART, ERIC           ACCT TYPE: I


                      * RESTITUTION ACCOUNT ACTIVITY

                                          CASE NUMBER: *139400
DATE SENTENCED: 12/12/03                  FINE AMOUNT: $   4,978.00
COUNTY CODE: *ALA

                                          TRANS. AMT.    BALANCE
   DATE      TRANS.   DESCRIPTION
 --------    ------   -----------------------------    -----------    -----------
 03/06/08    VR54     RESTITUTION DEDUCTION-SUPPORT        7.24-       4,636.40
 03/06/08    VR54     RESTITUTION DEDUCTION-SUPPORT        3.51-       4,632.89
 03/06/08    VR54     RESTITUTION DEDUCTION-SUPPORT        7.24-       4,625.65
 04/04/08    VR54     RESTITUTION DEDUCTION-SUPPORT        9.04-       4,616.61
 05/06/08    VR54     RESTITUTION DEDUCTION-SUPPORT       10.03-       4,606.58
 06/05/08    VR54     RESTITUTION DEDUCTION-SUPPORT        9.81-       4,596.77
 07/08/08    VR54     RESTITUTION DEDUCTION-SUPPORT        8.03-       4,588.74


     * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
     * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                            TRUST ACCOUNT SUMMARY

 BEGINNING       TOTAL       TOTAL        CURRENT      HOLDS       TRANSACTIONS
  BALANCE       DEPOSITS   WITHDRAWALS    BALANCE     BALANCE      TO BE POSTED
 ---------     ---------   -----------   ---------   ---------    -------------
    0.00         60.92        60.92         0.00        0.00          0.00


                                                       CURRENT
                                                      AVAILABLE
                                                       BALANCE
                                                     -----------
                                                         0.00
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE
ATTEST:

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
BY _____
TRUST OFFICE

```
ERIC LOCKHART V-17246                        CASE# CV 08 2935 JSW(PR)
KERN VALLEY STATE PRISON
B3-104 up
P.O.BOX 5102
Delano, CA 93216
```

---

US DISTRICT COURT
450 GOLDEN GATE AVE
P.O.BOX 36060
SAN FRANCISCO, CA 94102-9680


**ATTENTION CLERK:**

    I received an In Forma Pauopris Application in the mail on July 14, 2008. The post date on the envelope was July 8, 2008 I'm enclosing a copy of the envelope with the completed In forma Pauperis Application, showing that I sent it back within 30 days after receiving it.

RESPECTFULLY SUBMITTED,

*[signature]*

ERIC LOCKHART
