FILED
08 AUG 21 PM 1:36
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN PRO SE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LOCKHART ) | NO. CV 08 2935 JSW (PR) |
| ) | |
| Petitioner, ) | |
| ) | |
| V. ) | MOTION AND DECLARATION FOR |
| ) | APPOINTMENT OF COUNSEL |
| TONY HEDGPATH (WARDEN) ) | |
| ) | |
| MATTHEW CATE (Director of ) | |
| ) | |
| CORRECTIONS)   Respondent(s)) | |

    ERIC LOCKHART, Petitioner, moves the United States District Court, for a Discretionary Order, appointing counsel at public expence, in this case, to reperesent him as the interest of justice may so require.

    This Motion is made pursuant to Rule 8 (c), of the Rules Governing §§ 2254 Cases, and further in accordance with 28 U.S.C. § 1915(d), § 2254(h), and 18 U.S.C. §3006(A); and based further on Petitioner's attached Declaration, and Brief Memorandum of Points and Authorities in support of this motion.

    Petitioner hereby incorporates by reference, and makes a part hereof, his accompliceing Petition For Writ of Habeas Corpus, and Exhibits, as set

[ 1 ]

1  forth, and attached therewith.

2

3      WEREFORE: Petitioner request that this United States District Court
4  GRANT an ORDER, appointing counsel to reperesent him at public expence, in this
5  case, as the interest of justice may so require.

6

7  DATED: __8/18/08__                          Respectfully Submitted By:

8                                              *[signature]*

9                                              Petitioner, In Pro Se

[ 2 ]