**FILED**
MAY 26 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LOCKHART, | Case No. C 08-2935 JSW (PR) |
| Petitioner, | [PROPOSED] ORDER |
| v. | (Docket No. 9) |
| TONY HEDGPETH, Warden, | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until July 13, 2009, to file an answer to the petition for writ of habeas corpus. Petitioner may file a traverse within 30 days of the date the answer is filed.

Dated: MAY 26 2009

The Honorable Jeffrey S. White

1

[Proposed] Order (C 08-2935 JSW (PR))

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ERIC LOCKHART,

    Plaintiff,

v.

TONY HEDGPETH et al,

    Defendant.

Case Number: CV08-02935 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 26, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eric Lockhart V-17246
P.O. Box 290066
Represa, CA 95671-0066

Jill Marietta Thayer
Attorney General's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dated: May 26, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk