IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERIC LOCKHART | ) | No. C 08-2935 JSW (PR) |
| Petitioner, | ) | |
| vs. | ) | **ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE** |
| TONY HEDGPETH, Warden, | ) | |
| Respondent. | ) | (Docket No. 19) |

Petitioner, a prisoner of the State of California has filed a habeas corpus petition pursuant to 28 U.S.C. § 2254. Respondent has filed an answer. Petitioner has filed a motion seeking an extension of time to file a traverse to Respondent's answer to the petition. Good cause appearing, his request for an extension of time is GRANTED (docket no. 19). Petitioner's traverse is due on or before sixty (60) days from the date of this order.

IT IS SO ORDERED.

DATED: October 30, 2009

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ERIC LOCKHART,

    Plaintiff,

v.

TONY HEDGPETH et al,

    Defendant.

Case Number: CV08-02935 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 30, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eric Lockhart V-17246
P.O. Box 290066
Represa, CA 95671-0066

Dated: October 30, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

2